E-FILED
Tuesday, 13 April, 2021  11:03:26 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

ANGELO WILLIAMS,

    Plaintiff,

v.

SHADY REST MATERIALS LLC,

    Defendant.

Case No. 21-2009

## ORDER TO SHOW CAUSE

On January 20, 2021, Plaintiff filed a Complaint against Defendant. Defendant was served on March 2, 2021, but has failed to file an answer or otherwise appear. Plaintiff has taken no steps to pursue this litigation despite Defendant's failure to answer as required by Rule 12. The Court orders Plaintiff to show cause why the case should not be dismissed for want of prosecution within 14 days. IT IS SO ORDERED.

ENTERED this 13th day of April, 2021.

                                                                   s/ERIC I. LONG
                                      UNITED STATES MAGISTRATE JUDGE