UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

EASTERN DIVISION



FILED

APR 27 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| Angelo Williams, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:21-cv-02009-CSB-EIL |
| ) | |
| v. ) | Hon. Colin Stirling Bruce |
| ) | |
| Shady Rest Materials, LLC, ) | |
| ) | Hon. Magistrate Judge Eric I. Long |
| Defendants. ) | |

**Defendant's Response to SUMMONS IN A CIVIL ACTION**
**Defendant's Response to Order to Show Cause**
**Defendant's Response to Motion for Default and Default Judgment**

Defendant, Shady Rest Materials, LLC, inadvertently responded to the Summons in a Civil Action directly to the Plaintiff's attorney, Heewon O'Connor, by certified mail on March 5, 2021. We stand on our original response which follows.

# SHADY REST MATERIALS LLC
# P O BOX 491
# MANSFIELD, IL 61854

Heewon O'Connor
O'Connor O'Connor, P.C.
110 E. Schiller Street, Suite 212
Elmhurst, IL 60126

Response to Summons in a Civil Action
Civil Action No. 2:21-cv-0209-CBS-EIL

1. At the time of his employment I (Steve Gilbert) was unaware of any medical problems of Angelo Williams.
2. On his application when asked if there was any reason that he might be unable to perform the functions of the job for which he was applying, Mr. Williams responded "no."
3. At one point Mr. Williams was unable to back the assigned truck into a parking space in our parking lot area—a simple task with no other traffic or demands made. When he was approached about his difficulty with this simple task, he indicated he was having difficulty sleeping at night. He also indicated he was on medication from a doctor and needed psychiatric help. He would also need some days off for any treatments/consultations.
4. After the conversation with Mr. Williams, I felt it necessary to discuss the situation with my insurance consultant. He indicated that Mr. Williams should not be driving a company vehicle. There is an apparent safety issue for any driver who is sleep deprived. He had not been honest on at least part of the application.
5. The company policy states that employees must be able to complete assignments in a safe and timely manner—Mr. Williams had difficulty being on time, being available for work, and lack of sleep can impact safety for anyone.
6. During the telephone deposition of October 22, 2020, with the State of Illinois Department of Human Rights, Mr. Williams brought forth other health issues that he felt the company should make accommodations for. Mr. Williams had never expressed this problem in any way to me.

Due to the insurance issue, truth issues, and competency of Mr. Williams I stand on my decision that Mr. Williams does not meet the qualifications necessary for the safety of our employees, the contractors that we work for and their employees, as well as the general public.

Respectfully,

*Steve Gilbert*

Steve Gilbert, Member
March 4, 2021

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Elmhurst, IL 60126

| | |
|---|---|
| Certified Mail Fee $3.60 | |
| $ | $2.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.55 | |
| Total Postage and Fees $7.00 | |

Postmark Here
03/05/2021

CHAMPAIGN
2001 N MATTIS AVE
CHAMPAIGN, IL 61821-9998

Sent To: HEEWON O'CONNOR
Street and Apt. No., or PO Box No.: 110 E SCHILLER, STE 212
City, State, ZIP+4®: ELMHURST, IL 60126

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 3160 0001 8916 7247

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   HEEWON O'CONNOR
   110 E SCHILLER STE 212
   ELMHURST, IL 60126

   9590 9402 6260 0265 1353 25

2. Article Number (Transfer from service label)

   7020 3160 0001 8916 7247

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Heewon    ☐ Agent
               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery (500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt