IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHAMPAIGN DIVISION

| | |
|---|---|
| Angelo Williams, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Shady Rest Materials, LLC, )<br>)<br>Defendants. )<br>) | Case No. 2:21-cv-02009-CSB-EIL<br><br>Hon. Colin Stirling Bruce<br><br>Hon. Magistrate Judge Eric I. Long |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Angelo Williams, through his attorneys, O'Connor | O'Connor, P.C., hereby respectfully moves this Court to enter a Default Judgment against Defendant Shady Rest Materials, LLC pursuant to Fed.R.Civ.P. 55(b), and, in support, states as follows.

1. On April 22, 2021, the Court ordered that a Default be entered against Defendant and that Plaintiff file a Motion for Default Judgement.

2. On the same day, the clerk entered a Default against Defendant.

3. Pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff now moves this Court for an Order entering a default judgment finding that Defendant is liable on all counts of Plaintiff' Complaint.  Fed.R.Civ.P. 55(b)(2).

4. A default judgment establishes, as a matter of law, that Defendant is liable to Plaintiff on each cause of action alleged in the complaint. *United States v. Di Mucci*, 879 F.2d 1488, 1497 (7th Cir. 1989).

5.  When the Court determines that a defendant is in default, the factual allegations of the Complaint are taken as true and may not be challenged, and the defendants are liable as a matter of law as to each cause of action alleged in the complaint. *Black v. Lane*, 22 F.3d 1395, 1399 (7th Cir. 1994).

6.  Plaintiff alleged in his Complaint that Defendant failed to accommodate his disability and terminated him based on his disability and perceived disability in violation of the Americans with Disabilities Act and the Illinois Human Rights.

7.  A memorandum in support of Plaintiff's Motion for Default Judgment and evidence necessary to prove his damages are filed along with this Motion.

    **WHEREFORE**, Plaintiff Angelo Williams respectfully moves this Court to enter an Order of Default and Default Judgment against Defendant Shady Rest Materials, LLC., pursuant to Rule 55 of the Federal Rules of Civil Procedure, and to award Plaintiff the damages he is entitled under the ADA and IHRA.

Respectfully submitted,

Angelo Williams

By: /s/ Heewon O'Connor
One of his Attorneys

Heewon O'Connor (ARDC No. 6300449)
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste 212
Elmhurst, IL 60126
P: 630-903-6397
F: 630.658.0336
heewon@oconnor-oconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2021, Plaintiff's Motion for Default Judgment was served on Defendant via certified mail.

/s/ Heewon O'Connor            .

Heewon O'Connor
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste. 212
Elmhurst, IL 60126
Office Phone:630-903-6397
Fax:            630-658-0336
heewon@oconnor-oconnor.com

## SERVICE LIST

Shady Rest Materials, LLC, 208 N. Prairie, Mansfield, IL  61854