# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# CHAMPAIGN DIVISION

| | |
|---|---|
| Angelo Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:21-cv-02009-CSB-EIL |
| v. ) | |
| ) | Hon. Colin Stirling Bruce |
| Shady Rest Materials, LLC, ) | |
| ) | Hon. Magistrate Judge Eric I. Long |
| Defendants. ) | |

## Motion to Seal Filed Documents

Plaintiff, Angelo Williams, through and by his attorneys, O'Connor | O'Connor, P.C., respectfully moves this Court to seal Exhibits A and B of Defendant's Response to Motion For Default Judgment / Defendant's Request For Dismissal of Case [Doc # 14]. In support thereof, Plaintiff states as follows:

1. On May 21, 2021, Defendant filed its Response to Motion For Default Judgment / Defendant's Request for Dismissal of Case. [Doc # 14].

2. Defendant filed three exhibits along with the document.

3. Exhibits A and B were filed without any redactions and contain sensitive information of Plaintiff in violation of Federal Rule of Civil Procedure 5.2 and Local Rule 5.11.

**WHEREFORE**, Plaintiff, Angelo Williams, respectfully moves this Court to issue an order sealing Exhibits A and B of Document # 14, and for such further relief as this Court deems just and necessary.

Respectfully submitted,

Angelo Williams

                                                              By: /s/ Heewon O'Connor
                                                                     One of his Attorneys

Heewon O'Connor (ARDC No. 6300449)
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste 212
Elmhurst, IL 60126
P: 630-903-6397
F: 630.658.0336
heewon@oconnor-oconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, Plaintiff's Motion to Seal Filed Document was served on Defendant via certified mail.

/s/ Heewon O'Connor         .

Heewon O'Connor
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste. 212
Elmhurst, IL 60126
Office Phone:  630-903-6397
Fax:            630-658-0336
heewon@oconnor-oconnor.com

## SERVICE LIST

Shady Rest Materials, LLC, Mansfield, IL  61854