### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### CHAMPAIGN DIVISION

| | |
|---|---|
| Angelo Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:21-cv-02009-CSB-EIL |
| v. ) | |
| ) | Hon. Colin Stirling Bruce |
| Shady Rest Materials, LLC, ) | |
| ) | Hon. Magistrate Judge Eric I. Long |
| Defendants. ) | |
| ) | |

#### NOTICE OF MOTION - UNOPPOSED-

Take notice that on June 23, 2021, at 10:15 am, Plaintiff will appear before the Honorable Magistrate Judge Eric I. Long and present his Motion for Leave to File his First Amended Complaint.

Respectfully submitted by:

Angelo Williams

By: /s/ Heewon O'Connor
One of his Attorneys

Heewon O'Connor (ARDC No. 6306663)
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste 212
Elmhurst, IL 60126
P: 630-903-6397
F: 630.658.0336
heewon@oconnor-oconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, Plaintiff's Motion to Seal Filed Document was served on Defendant via certified mail.

/s/ Heewon O'Connor        .

Heewon O'Connor
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste. 212
Elmhurst, IL 60126
Office Phone:  630-903-6397
Fax:            630-658-0336
heewon@oconnor-oconnor.com

## SERVICE LIST

Shady Rest Materials, LLC, Mansfield, IL  61854