UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Angelo Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:21-cv-02009-CSB-EIL |
| v. ) | |
| ) | Hon. Colin Stirling Bruce |
| Shady Rest Materials, LLC, ) | |
| ) | Hon. Magistrate Judge Eric I. Long |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY**

Pursuant to the Local Rule 7.1(b)(3) of Central District of Illinois, Plaintiff Angelo Williams, by and through his attorneys, herby moves the court to grant him a leave to file a reply to Defendant's Response to Plaintiff's Motion to Reopen Case [Doc # 22] on or before March 15, 2023. In support thereof, Plaintiff states as follows:

1. After the American Arbitration Association administratively closed the arbitration between the parties due to Defendant's failure to pay arbitrator compensation deposit, Plaintiff filed a motion to reopen the case on February 2, 2023 [Doc #21].

2. Plaintiff's motion is based on the well-grounded facts and legal principles that a party's refusal to pay arbitration fees constitutes its waiver of right to arbitration.

3. Defendant filed a response to Plaintiff's motion on February 15, 2023 [Doc # 22].

4. Plaintiff needs to file a reply to emphasize that he is entitled to the requested relief under Rule 60(b) of the Federal Rules of the Civil Procedure and that the statute and argument

presented by Defendant's Response is not applicable to this case. Fed. R. Civ. Pro. R. 60(b).

5. Further, in his reply, Plaintiff can show that a district court judge allowed a plaintiff to reopen her case in a situation almost identical to this case when the employer failed to pay the AAA fees. *Campbell v. Marshall International, LLC*, No. 20-cv-5321, 2021 U.S. Dist. LEXIS 263806 (N.D. Ill. July 23, 2021).

6. Plaintiff's Reply will assist this Court's ruling by clarifying the issues of Plaintiff's Motion and Defendant's Response.

**WHEREFORE**, Plaintiff Angelo Williams, respectively request this Court to grant him a leave to file a reply in support of his Motion to Reopen Case by March 15, 2023.

Respectfully submitted:

Angelo Williams

By: <u>Heewon O'Connor</u>
One of His Attorneys

Heewon O'Connor
O'Connor | O'Connor, P.C.
110 E. Schiller St. Ste 212
Elmhurst, IL 6012
630-903-6397

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, Plaintiff's Motion for Leave to File Replu was served on Dismiss was served this day on all counsel of record via transmission by electronic mail; all parties to this action being authorized to, and currently utilizing, the CM/ECF system for the Central District of Illinois.

/s/ Heewon O'Connor            .

Heewon O'Connor
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste. 212
Elmhurst, IL 60126
Office Phone:  630-903-6397
Fax:             630-658-0336
heewon@oconnor-oconnor.com

## SERVICE LIST

Ronald S Langacker    ron@langackerlaw.com, jessica@langackerlaw.com, langacker@gmail.com