CENTRAL DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Angelo Williams,          )<br>                                       )<br>          Plaintiff,           )<br>                                       )<br> v.                                    )<br>                                       )<br> Shady Rest Materials, LLC,  )<br>                                       )<br>          Defendants.      )<br>                                       ) | Case No. 2:21-cv-02009-CSB-EIL<br><br>Hon. Colin Stirling Bruce<br><br>Hon. Magistrate Judge Eric I. Long |

**REQUEST FOR SETTLEMENT CONFERENCE AND
REPORT OF RULE 26(f) PLANNING MEETING**

Pursuant to the Order entered on March 1, 2023, Plaintiff being represented by Heewon O'Connor, and Defendant being represented by Ronald Langacker, counsel met on March 9, 2023, for the purpose of discussing a possibility of a settlement and formulating a proposed discovery calendar for consideration by the Court.

1. The Parties request a settlement conference with the magistrate judge within the next 90 days, or on or before July 1, 2023,  and also request this Court to stay discovery or other deadlines pending the settlement conference.

    If the settlement conference between the parties is unsuccessful, counsel have agreed upon the following dates[1]:

2. Defendant will file a responsive pleading in this cause of action no later than August 1, 2023.

---

[1] Plaintiff does not believe any further discovery or dispositive motion scheduling is necessary because the parties completed discovery during arbitration and the arbitrator ruled on the parties' dispositive motions (Defendant's motion to dismiss and motion for summary judgment and Plaintiff's motion for partial summary judgment have been all denied). Defendant believes the Court should schedule dispositive motions and/or discovery. The arbitrator did not issue an arbitration award for the Court to enforce.  Moreover, the parties should not be prohibited from exchanging additional discovery in this forum (neither party took depositions within the arbitration, for example) and each side further be able to file dispositive motions based upon that additional discovery.  If the Court finds that further discovery and dispositive motions are necessary, Plaintiff agrees to the schedule set forth in this proposed order.

3. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by August 21, 2023.

4. The deadline for amendment of pleadings is October 1, 2023.

5. The deadline for joining additional parties is October 1, 2023.

6. Plaintiff shall disclose experts and provide expert reports on or before November 1, 2023, and shall make any such experts available for deposition on or before January 1, 2024.

7. Defendant shall disclose experts and provide expert reports by January 1, 2024, and shall make any such experts available for deposition no later than March 1, 2024. Defendant shall make any such experts available for deposition by a month after disclosing experts and expert reports.

8. All discovery, including deposition of experts, is to be completed by March 1, 2024.

9. The deadline for filing case dispositive motions shall be April 15, 2024.

Respectfully submitted,

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| BY: /s/Heewon O'Connor | BY: /s/ Ronald S. Langacker |
| Heewon O'Connor | Ronald S. Langacker |
| O'Connor \| O'Connor, P.C. | Langacker Law, Ltd. |
| 110 E. Schiller St., Ste 212 | 210 N. Broadway Ave. |
| Elmhurst, IL 60126 | Urbana, Illinois 61801 |
| Tel. 630-903-6397 | Tel. 217-954-1025 |
| heewon@oconnor-oconnor.com | ron@langackerlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I electronically filed the foregoing Rule 26(f) Meeting Report, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

s/ Heewon O'Connor

Service List

Ronald S Langacker   ron@langackerlaw.com, jessica@langackerlaw.com, langacker@gmail.com