UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANGELO WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 2:21-cv-02009 |
| ) | |
| SHADY REST MATERIALS, LLC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 11, 2023, he served copies of **Defendant's Interrogatories to Plaintiff, Defendant's Request to Produce to Plaintiff,** and **Defendant's Request to Admit to Plaintiff** at the address below via First-Class mail:

Mr. Angelo Williams
1152 Pomona Drive
Champaign, Illinois 61822

On this same day, this **Certificate of Service** was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participant(s).

| | |
|---|---|
| Ronald S. Langacker, #6239469 | /s/ Ronald S. Langacker |
| Langacker Law, Ltd. | Ronald S. Langacker |
| 210 N. Broadway | Attorney for Defendant |
| Urbana, Illinois 61801 | |
| (217) 954-1025 | |
| ron@langackerlaw.com | |

1